| | |
|---|---|
| 1 | TRACY L. WILKISON |
| | Acting United States Attorney |
| 2 | DAVID M. HARRIS |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| | Assistant United States Attorney |
| 5 | Senior Trial Attorney, Civil Division |
| 6 | MICHAEL K. MARRIOTT, CSBN 280890 |
| | Special Assistant United States Attorney |

JS-6

Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
Email: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICHA HILL, | ) Case No. 2:20-cv-10831-KK |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 1, 2021

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE